```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  RONALD C. TYLER
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    19 th Floor, Box 36106
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
 6  Counsel for Defendant THOMAS
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,         )   No. CR 08-0791 MHP
                                      )
12              Plaintiff,            )   STIPULATION AND [PROPOSED]
                                      )   ORDER EXCLUDING TIME UNDER
13        v.                          )   THE SPEEDY TRIAL ACT
                                      )
14  WILLIAM THOMAS,                   )
                                      )
15              Defendant.            )
    _____)
16
```

17      Defendant and the government, through their respective counsel, hereby stipulate and
18  jointly request that the time from January 12, 2009, to March 2, 2009, be excluded under the
19  Speedy Trial Act, 18 U.S.C. § 3161 (h)(8)(B)(iv), on the grounds that the interest of justice
20  requires continuity of counsel and effective preparation by defense counsel.  Defense counsel is
21  unavailable on the currently set date.  Accordingly, the parties agree to and request that the status
22  hearing be continued until March 2, 2009, at 10:00 a.m. and time should be excluded from the
23  Speedy Trial Act calculation until that date.
24  //
25  //
26

IT IS SO STIPULATED.

Dated: January 7, 2009        /s/
RONALD C. TYLER
Assistant Federal Public Defender

Dated: January 8, 2009        /s/
MATTHEW L. McCARTHY
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 1/9/2009

THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel
(United States District Court, Northern District of California seal)