JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:   (415) 436-6838
   Facsimile:   (415) 436-7234
   Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0791-MHP |
|    Plaintiff, | [~~PROPOSED~~] STIPULATED ORDER CONTINUING STATUS CONFERENCE |
| v. | **Current Hearing Date: April 6, 2009** |
| WILLIAM THOMAS, | Time:   10:00 a.m. |
| | Judge:   Hon. Marilyn Hall Patel |
|    Defendant. | **Proposed Hearing Date: May 11, 2009** |
| | Time:   10:00 a.m. |

[~~PROPOSED~~] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 08-0791-MHP

1    The above-captioned case is currently scheduled for a status conference on
2 Monday, April 6, 2009 at 10:00 a.m.  Counsel for the parties are currently engaged in
3 negotiations regarding a possible resolution of this case, and those negotiations require
4 additional investigation of facts by both sides.  Accordingly, the parties desire additional
5 time to investigate the relevant facts and attempt to reach a resolution.
6    In addition, both counsel for the government and counsel for the defendant
7 are set for trials in other matters during the month of April.
8    Therefore, the parties jointly request that the date for the status conference
9 in this case be continued one month to Monday, May 11, 2009 at 10:00 a.m.
10   Further, the parties stipulate and jointly request that time be excluded from the
11 Speedy Trial Act calculations from April 6, 2009 through May 11, 2009 for effective preparation
12 and continuity of counsel.  The exclusion of time is necessary both because of the further
13 investigation described above and because of the intervening trials of counsel.  The parties agree
14 that the ends of justice served by granting such a continuance outweighed the best interests of the
15 public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

16 **SPEEDY TRIAL ACT IMPLICATIONS**

17   Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70)
18 days remaining before the trial in this case must commence.  Taking the stipulated time exclusion
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 08-0791-MHP                              1

from April 6, 2009 through May 11, 2009 into account, the "speedy trial" date for this matter is July 20, 2009.

IT IS SO STIPULATED.

_____         /s/_____
DATED                    JOSEPH P. RUSSONIELLO
                         United States Attorney
                         Northern District of California
                         MATTHEW L. McCARTHY
                         Assistant United States Attorney


_____         /s/_____
DATED                    RON TYLER
                         Assistant Federal Public Defender
                         Attorney for William Thomas

For good cause shown, the status conference now scheduled for Monday, April 6, 2009 is vacated. The matter shall be added to the Court's calendar on Monday, May 11, 2009 at 10:00 a.m. for status and possible change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from from April 6, 2009 through May 11, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).  Taking the exclusion of time from from April 6, 2009 through May11, 2009 into account, the "speedy trial" date for this matter is July 20, 2009.

IT IS SO ORDERED.

 4/6/09
_____         _____
DATED                    HON. MARILYN H. PATEL
                         United States District Court Judge