1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant THOMAS

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           )   No. CR 08-0791 MHP
                                         )
12 |         Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER EXCLUDING TIME UNDER**
13 |    v.                               )   **THE SPEEDY TRIAL ACT**
                                         )
14 | WILLIAM THOMAS,                     )
                                         )
15 |         Defendant.                  )
      _____)
16

17                              **STIPULATION**

18      The parties agree to continue the hearing in the above-captioned matter from May 11,

19 2009 until May 18, 2009 at 10:00 a.m. The reason for the continuance is that defense counsel

20 will be out of the office on the presently set date.

21      For the foregoing reasons, the parties agree to the stated continuance and request that time

22 be excluded under the Speedy Trial Act based upon the need for effective preparation and

23 continuity of counsel. Accordingly, the parties agree to and request that the status hearing be

24 continued until May 18, 2009, at 10:00 a.m. and time should be excluded from the Speedy Trial

25 Act calculation until that date.

26

IT IS SO STIPULATED.

Dated: April 28, 2009            _____/s/_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for William Thomas

Dated: April 28, 2009            _____/s/_____
MATTHEW L. McCARTHY
Assistant United States Attorney

## [PROPOSED] ORDER

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would unreasonably deny the defendant continuity of counsel.

Te aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until May 18, 2009 at 10:00 a.m. Pursuant to the Speedy Trial Act Title 18 United States Code §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from May 11, 2009 until May 18, 2009 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

Dated: 4/30/2009            _____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

Stipulation and [Proposed] Order Excl. Time
*U.S. v. William Thomas;* CR 08-0791 MHP      2