1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102
        Telephone:    (415) 436-6838
8       Facsimile:    (415) 436-7234
        Matthew.McCarthy@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          )   CR No. 08-0791-MHP
                                      )
17         Plaintiff,                 )   [PROPOSED] STIPULATED ORDER
                                      )   CONTINUING STATUS CONFERENCE AND
18    v.                              )   SETTING CHANGE OF PLEA
                                      )
19 WILLIAM THOMAS,                    )   **Current Hearing Date: June 15, 2009**
                                      )   Time:           10:00 a.m.
20         Defendant.                 )   Judge:          Hon. Marilyn Hall Patel
                                      )
21                                        **Proposed Hearing Date: July 13, 2009**
                                          Time:           10:00 a.m.
22

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 08-0791-MHP

1  The above-captioned case is currently scheduled for a status conference on
2  Monday, June 15, 2009 at 10:00 a.m. Counsel for the parties are currently engaged in
3  negotiations regarding a possible resolution of this case, and those negotiations require
4  additional investigation of facts by both sides. Accordingly, the parties desire additional
5  time to investigate the relevant facts and attempt to reach a resolution.
6  In addition, counsel for the government is set to begin a trial before Judge
7  Illston on June 22, 2009, and counsel for the defendant will be unable to appear before the
8  Court on June 29 or July 6, 2009.
9  Therefore, the parties jointly request that the status conference date be
10  vacated and that the matter be placed on the Court's calendar for change of plea on July
11  13, 2009.
12  Further, the parties stipulate and jointly request that time be excluded from the
13  Speedy Trial Act calculations from June 15, 2009 through July 13, 2009 for effective preparation
14  and continuity of counsel. The exclusion of time is necessary both because of the further
15  investigation described above and because of the intervening schedules of counsel. The parties
16  agree that the ends of justice served by granting such a continuance outweighed the best interests
17  of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

### SPEEDY TRIAL ACT IMPLICATIONS

19  Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70)
20  days remaining before the trial in this case must commence. Taking the stipulated time
21  exclusion
22  //
23  //
24  //
25  //
26  //
27  //
28  //

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 08-0791-MHP                        1

1  //

2  from June 15, 2009 through July 13, 2009 into account, the "speedy trial" date for this

3  matter is September 21, 2009.

4  IT IS SO STIPULATED.

| DATED | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>Northern District of California<br>MATTHEW L. McCARTHY<br>Assistant United States Attorney |
|---|---|
| DATED | RON TYLER<br>Assistant Federal Public Defender<br>Attorney for William Thomas |

For good cause shown, the status conference now scheduled for Monday, June 15, 2009 is vacated. The matter shall be added to the Court's calendar on Monday, July 13, 2009 at 10:00 a.m. for change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from from June 15, 2009 through July 13, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv). Taking the exclusion of time from June 15, 2009 through July 13, 2009 into account, the "speedy trial" date for this matter is September 21, 2009.

IT IS SO ORDERED.

6/12/2009
DATED

HON. M...
United S...

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 08-0791-MHP                                    2