JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:   (415) 436-6838
    Facsimile:    (415) 436-7234
    Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0791-MHP |
| Plaintiff, ) | [PROPOSED] STIPULATED ORDER EXCLUDING TIME |
| v. ) | |
| WILLIAM THOMAS, ) | |
| Defendant. ) | |

[PROPOSED] STIPULATED ORDER EXCLUDING TIME
CR 08-0791-MHP

1  As the parties discussed at the hearing before the Court on August 3, 2009,
2  counsel for the defendant was traveling out of the district during the period between that
3  hearing date and the next scheduled hearing of September 14, 2009.  Accordingly,
4  the parties stipulate and jointly request that time be excluded from the Speedy Trial Act
5  calculations from August 3, 2009 through September 14, 2009 for effective preparation and
6  continuity of counsel.  The parties agree that the ends of justice served by granting such a
7  continuance outweighed the best interests of the public and the defendant in a speedy trial.  *See*
8  18 U.S.C. § 3161(h)(8)(A).

**SPEEDY TRIAL ACT IMPLICATIONS**

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.  Taking the stipulated time exclusion from August 3, 2009 through September 14, 2009 into account, the "speedy trial" date for this matter is November 23, 2009.

IT IS SO STIPULATED.

   9-14-09                         /s/
DATED                            JOSEPH P. RUSSONIELLO
                                 United States Attorney
                                 Northern District of California
                                 MATTHEW L. McCARTHY
                                 Assistant United States Attorney


   9-14-09                         /s/
DATED                            RON TYLER
                                 Assistant Federal Public Defender
                                 Attorney for William Thomas

For the reasons stated above, the Court finds that an exclusion of time from from August 3, 2009 through September 14, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise

[PROPOSED] STIPULATED ORDER EXCLUDING TIME
CR 08-0791-MHP                            1

of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv). Taking the exclusion of time from from August 3, 2009 through September 14, 2009 into account, the "speedy trial" date for this matter is November 23, 2009.

IT IS SO ORDERED.

<u>  9/17/09                </u>
DATED



_____
MARILYN H. PATEL
United States District Court Judge

[PROPOSED] STIPULATED ORDER EXCLUDING TIME
CR 08-0791-MHP                          2