1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant William Thomas
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,        )  CR-08-0791 MHP
                                      )
13 |       Plaintiff,                 )  STIPULATION AND [PROPOSED]
                                      )  ORDER CONTINUING SENTENCING
14 |   v.                             )  DATE FROM SEPTEMBER 13, 2010
                                      )  TO SEPTEMBER 20, 2010
15 | WILLIAM THOMAS,                  )
                                      )
16 |       Defendant.                 )
                                      )
17 |  _____ )

18                            STIPULATION

19     Defendant and the government, through their respective counsel, hereby stipulate that,

20 subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

21 scheduled for September 13, 2010, be continued to September 20, 2010 at 9:00 a.m. The reason

22 for the continuance is defense counsel will be out of town participating in the new re-entry court

23 training on the currently set date.

24     Both counsel and the probation officer are available on the requested date.

25 //

26 //

27 //

28

STIP. & [PROPOSED] ORDER
CR-08-0791 MHP                              1

SO STIPULATED:

DATED: August 31, 2010        /s/
                              RONALD C. TYLER
                              Assistant Federal Public Defender
                              Counsel for William Thomas


DATED: August 31, 2010        /s/
                              MATTHEW L. MCCARTHY
                              Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For the reason stated above, the Court continues the sentencing date in this matter from September 13, 2010 to September 20, 2010 at 9:00 a.m.

SO ORDERED.

DATED: 9/7/10

THE HONORABLE MARILYN HALL PATEL
United States District Court Judge

STIP. & [PROPOSED] ORDER
CR-08-0791 MHP                              2