1 BARRY J. PORTMAN
Federal Public Defender
2 RONALD C. TYLER
Assistant Federal Public Defender
3 450 Golden Gate Avenue
19th Floor, Box 36106
4 San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant William Thomas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR-08-0791 MHP |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | ) ) | DATE FROM SEPTEMBER 13, 2010 TO SEPTEMBER 20, 2010 |
| WILLIAM THOMAS, | ) ) | |
| Defendant. | ) ) | |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for September 13, 2010, be continued to September 20, 2010 at 9:00 a.m. The reason for the continuance is defense counsel will be out of town participating in the new re-entry court training on the currently set date.

Both counsel and the probation officer are available on the requested date.

//

//

//

STIP. & [PROPOSED] ORDER
CR-08-0791 MHP                    1

SO STIPULATED:

DATED: August 31, 2010       /s/
                             RONALD C. TYLER
                             Assistant Federal Public Defender
                             Counsel for William Thomas


DATED: August 31, 2010       /s/
                             MATTHEW L. MCCARTHY
                             Assistant United States Attorney


[PROPOSED] ORDER

For the reason stated above, the Court continues the sentencing date in this matter from September 13, 2010 to September 20, 2010 at 9:00 a.m.

SO ORDERED.


DATED: 9/2/10

THE HONORABLE MARILYN HALL PATEL
United States District Court Judge

STIP. & [PROPOSED] ORDER
CR-08-0791 MHP                                       2