UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | Case No. 08-cr-00791-SI-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| THOMAS, | Re: Dkt. No. 128 |
| Defendant. | |

On May 11, 2017, the Court held a supervised release revocation hearing and defendant admitted to failing to report to the probation office within 72 hours of his release from the Bureau of Prisons. Dkt. Nos. 126, 127. The Court sentenced defendant to 8 months in custody and 36 months supervised release, with a special condition of 3 months in a Residential Reentry Center. Dkt. No. 127. On June 7, 2017, defendant filed a "Prisoner's Application to Proceed in Forma Pauperis." Dkt. No. 128. Attached to the application is a portion of a treatise discussing post-conviction remedies, including reduction of a term of imprisonment based on a Federal Sentencing Guidelines range that was later lowered. Dkt. No. 128 at 5.

If defendant meant to apply for forma pauperis status in order to bring a civil action, he must first file a complaint. If defendant instead meant to move for a reduction in sentence under 18 U.S.C. § 3582(c)(2) based on a change in the Guidelines, that request is denied. Defendant was sentenced for a supervised release violation. There has been no change to the Guidelines for that violation since the May 11, 2017 hearing.

**IT IS SO ORDERED**.

Dated: June 8, 2017

SUSAN ILLSTON
United States District Judge