UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 08-cr-00791-SI-1<br><br>**ORDER SETTING DEADLINE FOR REPLY BRIEF** |

Petitioner William Thomas has filed a *pro se* motion to vacate, set side, or correct his sentence pursuant to 28 U.S.C. § 2255. Docket No. 130. The Court issued a scheduling order giving Mr. Thomas 21 days to file his reply after receiving the government's opposition brief. Docket No. 132. On June 30, 2017, the government filed its opposition brief. Docket No. 133. In it, the government stated that Mr. Thomas has been relocated from the Alameda County Jail to the Federal Correctional Institution at Mendota. *Id.* at 3. The government stated that it would serve a copy of its opposition on Mr. Thomas by mail. *Id.*

In light of Mr. Thomas's relocation, **the Court will give Mr. Thomas until September 1, 2017, to file his reply brief.** If the Court receives no reply brief by September 1, 2017, it will deem the matter submitted and will decide Mr. Thomas's motion based on the papers filed at that point.

**IT IS SO ORDERED**.

Dated: August 21, 2017

_____
SUSAN ILLSTON
United States District Judge