UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS,

             Petitioner,

    v.

UNITED STATES OF AMERICA,

             Respondent.

Case No. 08-cr-00791-SI-1

**ORDER EXTENDING DEADLINE FOR REPLY BRIEF**

      Petitioner William Thomas has filed a *pro se* motion to vacate, set side, or correct his sentence pursuant to 28 U.S.C. § 2255. Docket No. 130. The Court recently set a deadline for Mr. Thomas's reply brief, which has not yet been filed. Docket No. 135. Since then, the Court learned of Mr. Thomas's new mailing address, to which respondent had mailed its opposition briefing on June 30, 2017. In an abundance of caution, therefore, the Court will extend the deadline for Mr. Thomas to file his reply brief.  **Mr. Thomas shall file his reply no later than September 15, 2017.** If the Court receives no reply brief by September 15, 2017, it will deem the matter submitted and will decide Mr. Thomas's motion based on the papers filed at that point.

      **IT IS SO ORDERED**.

Dated:  August 30, 2017

_____

SUSAN ILLSTON
United States District Judge